## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Gio Villanueva

                                   Plaintiff,

v.                                                     Case No.: 1:19−cv−07184
                                                       Honorable Rebecca R. Pallmeyer

Dr Pepper/Seven Up, Inc.

                                   Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 20, 2020:

     MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to stipulation, this case is dismissed with prejudice, and Plaintiff's class claims against Defendant are dismissed without prejudice. Status hearing set for 2/20/2020 is stricken. Defendant's motion to dismiss [13] is terminated. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.